IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                          )
                                                )
    THOMAS A OFFICER,              )   Case No. 11-41306
    TIFFANI D OFFICER               )   Chapter 13
                                Debtors.          )
_____)

NOTICE OF OBJECTION DEADLINE
on Motion of Quest Credit Union, for Lift of Stay

      YOU ARE HEREBY notified that if no objection to the attached motion/application is filed in writing with the Clerk of the U.S. Bankruptcy Court by:

**14th day of October, 2011**

said motion will be granted by entry of an order to be prepared and submitted by counsel for movant/applicant.

      If a written objection is timely filed with the Clerk of the Bankruptcy Court at 240 Federal Building, 444 SE Quincy, Topeka, Kansas, a non-evidentiary hearing will be scheduled on:

**26th day of October, 2011, at 9:00 am**
**210 FEDERAL BUILDING**
**444 SE QUINCY**
**TOPEKA, KANSAS**

      Hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.

_____
THOMAS A. VALENTINE
112 W. 7TH, STE. 200
TOPEKA, KANSAS 66603
KANSAS SUPREME COURT # 6987

United States Bankruptcy Court
In Re: Thomas & Tiffani Officer
Case No.: 11-41306
Chapter 13
quest Credit Union Motion to Lift Stay
September 20. 2011
Page 2

## CERTIFICATE OF ELECTRONIC MAILING

I hereby certify that the above and foregoing Notice of Objection Deadline was delivered by electronic mail on the 20day of Sept, 2011, to the following:

Adam Mach

Jan Hamilton

_____
Thomas A. Valentine

## CERTIFICATE OF MAILING

I hereby certify that the above and foregoing Notice of Objection Deadline was deposited in the United States Mail, postage pre-paid on the 20day of Sept, 2011, to the following:

Thomas A Officer
227 SW 40th Ter
Topeka, KS 66609

Tiffani D Officer
227 SW 40th ter
Topeka, KS 66609

_____
Thomas A. Valentine

**I AM A DEBT COLLECTOR AND THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**